No. 432. HOFFA ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Morris A. Shenker, Joseph A. Fanelli, Daniel B. Maher* and *Bernard J. Mellman* for Hoffa, *Jacques M. Schiffer* for Parks, *Cecil D. Branstetter* for Campbell, and *Harold E. Brown* for King, petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States. ▆▆▆▆▆▆▆▆

No. 443. COULTER ELECTRONICS, INC. *v.* A. B. LARS LJUNGBERG & Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *Myron C. Cass* and *I. Irving Silverman* for petitioner. *Anthony R. Chiara* for respondent. ▆▆▆▆▆▆▆▆

No. 449. MOONEY AIRCRAFT, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Motion to dispense with printing the petition granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Hal Rachal* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Herman M. Levy* for respondent. ▆▆▆▆▆▆▆▆

No. 454. MORGAN *v.* HAYS, JUDGE OF THE SUPERIOR COURT OF ARIZONA, ET AL. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Mark Wilmer* for petitioner. *Rex E. Lee* for respondents. ▆▆▆▆▆▆▆▆

No. 5, Misc. GARRETT *v.* LARSEN, SHERIFF. Sup. Ct. Utah. Certiorari denied. *Phil L. Hansen,* Attorney General of Utah, for respondent.